IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 1:11-cv-164HSO-JMR

MARK KNIGHTEN                                                                DEFENDANT

## JUDGMENT BY DEFAULT

This cause is before the Court on the Government's Motion for Default Judgment [6-1] filed August 5, 2011, and served upon the Defendant by Certificate of Service. The Defendant has failed to request a hearing or respond to Plaintiff's Motion.

The Court has reviewed the Motion and finds that it is well taken. Although Defendant requested additional time in which to answer the Complaint, and the Court granted him until August 1, 2011, to file an answer, to date, no answer has been filed. Therefore, in accordance with Rule 55 of the Federal Rules of Civil Procedure and in accordance with the Certificate filed herein, as to the amount due from Defendant to Plaintiff;

Judgment is rendered in favor of Plaintiff, United States of America, and against Defendant, Mark Knighten in the sum of $106,355.64 ($45,138.99 principal, plus $61,216.65 interest as of September 1, 2011, at the rate of 9% per annum), together with filing fee costs in the amount of $350.00, in favor of the plaintiff, pursuant to 28 U.S.C. Section 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually

until paid in full.

**SO ORDERED AND ADJUDGED**, this the 1st day September, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE